FILED
IN CLERK...
U.S. DIST...
★  JUL 12 ...  ★

P.M. _____
TIME A.M. _____

DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

JOSE ELIAS GOMEZ,

      Plaintiff,

- against -

MARY ANN GANTNER,
District Director, U.S. BCIS,
New York, New York

      Defendant.

------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. CV-05-0797

(Ross, J.)
(Pohorelsky, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
June ___, 2005
JULY 1, 2005
Attorney for the Plaintiff

SPIRO SERRAS, ESQ.
Wilens & Baker, PC
450 Seventh Avenue
New York, New York 10123

Dated: New York, New York
July ___, 2005

Attorney for the Defendant

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: _____
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
July ___, 2005

HONORABLE ALLYNE R. ROSS
United States District Judge